Nos. 691 and 692. PENNSYLVANIA COMPANY FOR INSURANCE ON LIVES AND GRANTING ANNUITIES, TRUSTEE, v. UNITED STATES. March 27, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Walter Biddle Saul* for petitioner. *Solicitor General Fahy, Assistant Attorney General Sam-*

*uel O. Clark, Jr., Messrs. Sewall Key, Carlton Fox,* and *Valentine Brookes,* and *Miss Helen R. Carloss* for the United States.